UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LONGMOOR              :

v.                    :       NO. 3:02cv1595 (JBA)

NILSEN, ET AL         :

FILED

Oct 23  3 56 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

## SCHEDULING ORDER
## & ENDORSEMENT ORDER [DOC. #44]

At the status conference held on the record 10/16/03 the following was ordered:

1. Defendants' motions for summary judgment will be filed by 11/21/03; plaintiffs' opposition will be filed 12/12/03; defendants' replies, if any, will be filed 12/22/03. The parties' Joint Trial Memorandum will be filed 21 days after ruling.

2. This matter will be trial ready 6/1/04 (jury selection to be held 6/2/04).

3. For the reasons set out on the record as to the insufficiency of plaintiffs' showing [doc. #50] why fees and costs should not be imposed as requested in doc. #44, Plaintiffs are ordered to pay $305.20 fees and costs to defendant State Police by 10/31/03 and doc. #44 is GRANTED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    October 16, 2003