UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE LONGMOOR, *et al.*, | : | NO. 3:02CV-1595 (JBA) |
| *plaintiff*, | : | |
| | : | |
| V. | : | |
| | : | |
| KARL NILSEN, *et al.*, | : | |
| *defendants.* | : | NOVEMBER 7, 2003 |

## DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the defendants respectfully request that summary judgment be issued in their favor. There remains no genuine issue of material fact to be tried in this matter because:

a. The below named defendants did not violate the constitutional rights of the plaintiffs;

b. The below named defendants are entitled to qualified immunity for their actions as alleged in the plaintiff's complaint; and

c. The below named defendants' actions did not intentionally inflict extreme emotional distress upon the plaintiff in violation of Connecticut common law.

In support of this motion for summary judgment, the defendants offer the following documents:

1. Affidavit of David Laboy dated October 23, 2003;

2. Affidavit of Patrick Sweeney dated October 23, 2003;

3. Affidavit of Matthew Hazen dated October 24, 2003;

4. Affidavit of John Bement dated October 21, 2003, with attachments;

5. Affidavit of Robert Tolomeo dated October 31, 2003; and

6. Affidavit of John Spaziano, Jr. dated February 27, 2003, with attachment; and

7. Docket Sheet in the case of *Lorraine Longmoor, et al. v. William J. Langer, et al.*, Docket No. CV-00-0082632S, Superior Court, Judicial District of Litchfield, updated as of November 4, 2003.

8. Deposition Transcript of Lorraine Longmoor (various dates).

WHEREFORE, the defendants respectfully request that judgment be issued in their favor.

> DEFENDANTS
> Trooper David Laboy, Trooper Hazen,
> Trooper Sweeney, and Lieutenant Tolomeo
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _____
> Stephen R. Sarnoski
> Assistant Attorney General
> MacKenzie Hall
> 110 Sherman Street
> Hartford, Connecticut 06105
> Tel. (860) 808-5450
> Federal bar #ct05129
> E-mail: stephen.sarnoski@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed this ___7th___ day of ___November___, 2003, to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, PC
One State Street
P.O. Box 231277
Hartford, Connecticut 06103

Jason Vicente, Esq.
Pepe & Hazard
Goodwin Square
Hartford, Connecticut 06103

Stephen R. Sarnoski
Assistant Attorney General

3