UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE LONGMOOR, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:01 CV 1297(JBA) |
| v. | : | |
| | : | |
| KARL NILSEN, et al., | : | |
| Defendants. | : | FEBRUARY 27, 2003 |

### AFFIDAVIT OF JOHN J. SPAZIANI, JR.

I, John J. Spaziani, Jr., being duly sworn do depose and state as follows:

1.  I am over the age of eighteen (18) and believe in the duty and obligations of an oath.

2.  I have personal knowledge of all the facts stated in this Affidavit.

3.  I am currently the owner of P-J's Auto Service, Inc., a Connecticut corporation having its principal place of business on Main Street in Pine Meadow, Connecticut.

4.  I recall that on the morning of May 17, 2000, I was at P-J's Auto Service on 417 Main Street, Pine Meadow, Connecticut, when I received a telephone call from Bill Langer, a property owner at Woodland Acres in Barkhamsted, Connecticut. I was asked by Mr. Langer to tow a vehicle, which was blocking the Woodland Acres Road and preventing him from obtaining access to his property. I advised him that I would come out to the specified location.

WKV/26808/2/622099v1
02/26/03-HRT/

I did not maintain a written record of this call although I am certain of the source and the fact that it did <u>not</u> come in from the Connecticut State Police. I was able to confirm this fact by contacting the State Police. By letter dated February 21, 2003, they confirmed that the "wrecker log" for May 17, 2000 does not reflect any calls for service involving P-J's Auto Service, Inc. Also, the trooper on duty on that date specifically recalls that the call to P-J's for service on Woodland Acres was <u>not</u> initiated by the State Police since Woodland Acres is not a public road. (See <u>Exhibit A</u> attached.)

5. Shortly after receiving the call from Mr. Langer on the morning of May 17, 2000, I proceeded with my tow truck to Woodland Acres in Barkhamsted, Connecticut. I was met there by Mr. Bill Langer and Dick Langer (his father). At that time, I observed a car parked in the road, which was blocking access to Mr. Langer's land. I understood this car to belong to the Plaintiff, Lorraine Longmoor. I recall that Trooper John R. Bement, the Barkhamsted resident trooper and a member of the Connecticut State Police, was present at the scene. He did not give me any instructions to tow Plaintiff's vehicle, as he viewed it to be a matter for the civil courts and not a police matter. Therefore, at Mr. Langer's direction, I undertook to tow the car.

By that time, Plaintiff, Lorraine Longmoor, was also present at the scene. In order to facilitate the towing, I asked Ms. Longmoor (in the presence of Bill Langer, Dick Langer and

2

WKV/26808/2/622099v1
02/26/03-HRT/

Trooper Bement) for her keys to the vehicle which was blocking access. She freely and willingly handed over those keys to me, allowing me to tow the vehicle from the road to her property located at 24 Woodland Acres. After I completed the tow, I left the scene.

6. I would like to stress that I did **not** tow Plaintiff's vehicle at the request or direction of Trooper Bement. Rather, I was called to the scene and directed to two Plaintiff's automobile from the roadway at the request and direction of Mr. Bill Langer, a private citizen.

7. I heard nothing more of this incident until Plaintiff, Lyndsey Keene, sought to file a complaint against me with the Department of Motor Vehicles relating to this incident. To my knowledge, the complaint was rejected by the Department of Motor Vehicles as lacking merit. Thereafter, I heard nothing more with respect to this incident until I received a copy of Plaintiff's complaint dated September 9, 2002.

3

The foregoing is true and accurate to the best of my knowledge, information and belief.

Dated at Pine Meadow, Connecticut, this 3rd day of March, 2003.

By: _____
John J. Spaziani, Jr.
P-J's Auto Service, Inc.

The foregoing Affidavit was subscribed
and sworn to before me this 3 day of
March, 2003.

_____
Notary Public
My Commission Expires:

MICHELLE M. LANGSTON
NOTARY PUBLIC
MY COMMISSION EXPIRES 1/2005

4