

**State of Connecticut Judicial Branch**

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

**Screen Section Help:** Detail  Party  Motions

# Case Detail

**Data Updated as of: 11/4/2003**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| LONGMOOR,LORRAINE | VS | LANGER,WILLIAM,T. ETAL |

**Docket Number:** CV-00-0082632-S         **Court Location:** Litchfield
**File Date:** Jun 15 2000                **Return Date:** Jun 27 2000
**\* Last Action Date:** Oct 29 2003       **ADR Status:** Not Applicable
**Case Type:** CONTRACTS - INSURANCE POLICY

**List Type:** COURT
**Disposition Date:** Sep 12 2002
**Judge/Magistrate:** Hon. J. PICKARD       **Trial List Claim:** Sep 11 2000
**Disposition:** JUDGMENT FOR PLAINTIFF

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| LORRAINE LONGMOORE | 01 | P | . | . |
| Attorney: LEVY & DRONEY PC (Juris No. 062938) 74 BATTERSON PARK ROAD PO BOX 887 FARMINGTON, CT 06034 0887 | | | | |
| LYNDSEY KEENE | 02 | P | . | . |
| Attorney: LEVY & DRONEY PC (Juris No. 062938) 74 BATTERSON PARK ROAD PO BOX 887 FARMINGTON, CT 06034 0887 | | | | |
| WILLIAM T. LANGER | 50 | D | . | . |
| Attorney: BEIZER & WEINTRAUB (Juris No. 101915) SUITE 309 345 NORTH MAIN STREET WEST HARTFORD, CT 06117 | | | | |
| KEVIN J. O'GARA | 51 | D | . | . |
| Attorney: BEIZER & WEINTRAUB (Juris No. 101915) SUITE 309 345 NORTH MAIN STREET | | | | |

|  |  |  |  |
|---|---|---|---|
| WEST HARTFORD, CT 06117 | | | |
| T.CHANDLER BARBER | 52 | D | |
| **Attorney:** BEIZER & WEINTRAUB (Juris No. 101915) | | | |
| SUITE 309<br>345 NORTH MAIN STREET<br>WEST HARTFORD, CT 06117 | | | |
| ROBERT PATRICK | 53 | D | Y |
| 60 INDUSTRIAL PARK RD W. UNIT 9 I TOLLAND CT 06084 | | | |
| BURTON CARROLL | 54 | D | Y |
| 220 TORRINGFORD ST TORRINGTON CT 06790 | | | |

### Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Jun 30 2000 | MOT TEMPORARY INJUNCTION | P | Yes | Continuance | Jul 20 2000 | Hon. ALEXANDRA DIPENTIMA |
| 102.00 | Jun 30 2000 | MOT CITE ADDITIONAL PRTY | P | No | | | |
| 103.00 | Jul 10 2000 | MOTION TO STRIKE | D | Yes | Denied | Aug 22 2000 | Hon. ALEXANDRA DIPENTIMA |
| 104.00 | Jul 10 2000 | MEMORANDUM | D | No | | | |
| 105.00 | Aug 16 2000 | MEMORANDUM | P | No | | | |
| 106.00 | Aug 22 2000 | MEMORANDUM OF DECISION | Court | No | | | |
| 107.00 | Sep 07 2000 | ANSWER | D | No | | | |
| 108.00 | Sep 11 2000 | ANS AND SPECIAL DEFENSE | P | No | | | |
| 109.00 | Sep 11 2000 | TRIAL LIST | | Yes | | | |
| 110.00 | Oct 27 2000 | MOTION FOR CONTINUANCE | D | No | Granted | Oct 27 2000 | Hon. ALEXANDRA DIPENTIMA |
| 111.00 | Jan 12 2001 | MOT CITE ADDITIONAL PRTY | P | No | Granted | Jan 29 2001 | Hon. PAUL MATASAVAGE |
| 112.00 | Jul 02 2001 | MOT FOR DFLT-APPEARANCE | P | No | Granted | Jul 02 2001 | BY THE CLERK |
| 113.00 | Jul 02 2001 | NOTICE | Court | No | | | |
| 114.00 | Jul 10 2001 | MOT FOR DEFAULT-PLEADING | P | No | Granted | Jul 17 2001 | BY THE CLERK |
| 116.00 | Nov 29 2001 | ANSWER | D | No | | | |
| 117.00 | Jul 15 2002 | MOTION FOR CONTINUANCE | D | No | Denied | Jul 16 2002 | CHARLES GILL |
| 118.00 | Jul 16 2002 | MOTION TO STRIKE | D | Yes | Denied | Aug 05 2002 | Hon. HOWARD MORAGHAN |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 119.00 | Jul 16 2002 | BRIEF | D | No | | | |
| 120.00 | Jul 26 2002 | MOT CITE ADDITIONAL PRTY | P | No | Granted | Aug 05 2002 | Hon. HOWARD MORAGHAN |
| 121.00 | Jul 26 2002 | OPPOSING MEMORANDUM | P | No | | | |
| 122.00 | Aug 01 2002 | NOT INTENTION TO ARGUE | P | No | | | |
| 123.00 | Aug 02 2002 | OBJECTION TO MOTION | D | No | | | |
| 124.00 | Aug 09 2002 | AMENDMENT TO COMPLAINT | P | No | | | |
| 125.00 | Sep 03 2002 | ANSWER TO AMENDED CMPLNT | D | No | | | |
| 126.00 | Sep 12 2002 | ORDER ENTERED | Court | No | | | |
| 127.00 | Sep 12 2002 | JUDGMENT FOR PLAINTIFF | | Yes | | Sep 12 2002 | Hon. JOHN PICKARD |
| 128.00 | Sep 12 2002 | JUDGMENT FILE | Court | No | | | |
| 129.00 | Aug 15 2003 | MOT TO OPEN JUDGMENT | P | Yes | Denied | Aug 25 2003 | Hon. JOHN PICKARD |
| 130.00 | Sep 23 2003 | MOTION FOR ORDER | P | Yes | Continuance | Oct 28 2003 | Hon. JOHN PICKARD |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2003, State of Connecticut Judicial Branch