

# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE
TROOP B -- NORTH CANAAN

February 21, 2003

John J. Spaziani, Jr.
P-J's Auto Service, Inc.
417 Main Street
Pine Meadow, CT 06061

RE:   Longmeer, et al. v. P-J's Auto Service, Inc., et al.

Dear Mr. Spaziani:

The wrecker log of the Connecticut State Police at Troop B in North Canaan, CT does not reflect any calls for service involving P-J's Auto Service, Inc. for 05/17/00. In addition, I was the Trooper on duty in the town of Barkhamsted on 05/17/00 and specifically recall that your call for service on Lavander Rd. (Woodland Acres) was not initiated by the State Police. Woodland Acres is not a public road. I was present that day that Mr. Langner had his module home delivered to Woodland Acres and was confronted with a vehicle parked on the dirt (private) road blocking access to his land. As I had indicated on that day my presence was to ensure public safety only. The incident was determined to be a civil matter at that time. If I can be of further assistance you can contact my office at (860)379-8762.

Sincerely,

TFc John R. Bemenc #1073
Barkhamsted Resident Trooper
Connecticut State Police

Telephone (800) 497-0403
Route 7 North Canaan, CT 06018
An Equal Opportunity Employer