March 19, 2000

I, Loraine Longmoor agree to grant and sign an easement to William J. Langer. In exchange for his one time commitment to the contribution to the improvements to Woodland Acres, Barkhamsted, Ct. This would take place prior to William J. Langer moving in on lot 2 Woodland Acres. There will be no dollar contributions for this one time only by Loraine Longmoor towards the planned improvements performed at this time. Loraine will sign the agreed easement before the closing on lot 2 between Richard A. Zappulla and William J. Langer.

Loraine Longmoor  _Loraine Longmoor_ (Signature)  Date 3-19-00

William J. Langer  _William J. Langer_ (Signature)  Date 3/19/00

Witness  _Richard A. Zappulla_ (Signature)  Date 3/19/00