May 4, 2000

Dear Michael Fox, Town Selectman:

Please be advised, it has come to my attention that a modular home of oversized load is to be brought accross my lot #14A. I do think that this is a health and safety issue. The existing conditions of the driveway surface are such that the possibility of an accident is imminent and could block access for fire and ambulance. I believe that the permit issued by the Town Building and Zoning Department for construction on lot #2 should be revoked until this obvious problem can be addressed for the health and safety of all concerned.

If you have any questions concerning this matter, please contact my attorney, Paul Potanka.

Thanks you very much for addressing this matter as soon as possible.

Sincerely,

*Lorraine Longmoor*

Lorraine Longmoor

Cc: Trooper Bement
    Atty Paul Potanka
    Zoning Officer Neilson
    Barkhamsted Fire Department