L. LONGMOOR
24 WOODLAND ACRES
BARKHAMSTED, CT 06063



TFC. JOHN BEMENT
BARKHAMSTED RESIDENT TROOPER
BOX 558
PLEASANT VALLEY, CT 06063

May 31, 2000

Dear John,

Lyndsey and I are very sorry about the inclusion of your name in the letter drafted by our attorney to Dr. Henry Lee, Commissioner, regarding the situation on Woodland Acres. It was our intention to specifically omit your name since we both felt that you have been very fair and unbiased in the performance of your duties. Please accept our sincere apology.

Very truly yours,
Lorraine Longmoor
Lyndsey Keane