
To Lavender Rd
Gravel Rd (Woodland Acres)
Lot 14A
Lot 14A (Lorraine Longmoor)
Gravel Rd (Woodland Acres)
R=155.00' Δ=78°-17'-30" L=211.80' Ch. S52°-41'-42"W 195.70'
R=205.00' L=280.12'
N88°-01'-33"W
20.78
Pole 121
Pole 120
50'
R=100' L=132.65
184.70