**MESSAGE**
STO-201 REV. 4/90

| | | |
|---|---|---|
| **To** | NAME, TITLE<br>ALL PERSONNEL | DATE<br>05/02/00 |
| | AGENCY, ADDRESS<br>Troop B | |
| **From** | NAME, TITLE<br>Tfc John R. Bement | TELEPHONE<br>1-800-497-0403 |
| | AGENCY, ADDRESS<br>463 Ashley Falls Road, North Canaan Ct. 06018 | |

Subject: Woodland Acres (Private Road)

Woodland Acres Rd is a private road at the end of Lavander Rd. There are several homes built along Woodland Acres. The developer, Burton Carroll did not build the Woodland Acres (Private Rd.) to the specifications as outlined on the attached map. The dotted line indicates the existing gravel road that originated within the 50' section that was designated the location that Woodland Acres Rd. would be built. The gravel road then enters onto Lot 14A which is owned by Lorraine Longmoor of 24 Woodland Acres. Lot 14A is a strip of land approximately 30' wide and 150' in length. Lorraine Longmoor has put two wooden post in place on both sides of the gravel road within her boundaries of Lot 14A. Lorraine Longmoor will be placing a chain extended across the gravel road prohibiting access through her property, Lot 14A.

Verified: Lot 14A does belong to Lorraine Longmoor and is acknowledged by all the residents of Woodland Acres. A-2 survey has been shown and verified that gravel road does in fact cross onto her property.

A.S.A. Andrew Wittstein has advised that Longmoor has a legal right to place the chain across the gravel road which is located within the boundaries of her property.

*[signature]*



