UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE LONGMOOR and LYNDSEY KEENE | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:02 CV 1595 (JBA) |
| v. | : | |
| | : | |
| KARL NILSEN, MICHAEL FOX, TOWN OF BARKHAMSTED, BARKHAMSTED INLAND WETLANDS COMMISSION, TROOPER DAVID LABOY, TROOPER HAZEN, TROOPER SWEENEY, LT. TOLOMEO, and P-J's AUTO SERVICE, INC. | : | |
| Defendants. | : | November 20, 2003 |

FILED
Nov 21  2 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION TO JOIN STATE DEFENDANTS MOTION FOR SUMMARY JUDGMENT

The Defendant, P-J's Auto Service, Inc. ("PJ's") respectfully moves to join the Motion for Summary Judgment, dated November 9, 2003, with its accompanying memorandum of law and Local Rule 9c, statement filed by the Defendants David Laboy, Trooper Hazen, Trooper Sweeney, Lieutenant Tolomeo (the "State Defendants"). P-J's Auto Service wishes to join the State Defendants' Motion for Summary Judgment because the undisputed facts warrant that judgment be granted for P-J's under all the claims raised in the plaintiff's complaint.

JJV/26808/2/655412v1
11/20/03-HRT/

**WHEREFORE**, P-J's Auto Service, Inc., moves that it be allowed to join the Motion for Summary Judgment filed by the State Defendants.

Respectfully submitted

DEFENDANT,
P-J'S AUTO SERVICE, INC.

By _____
Jason J. Vicente (ct21003)
Pepe & Hazard LLP
Its Attorney
Goodwin Square
Hartford, CT 06103-4302
Tel.: (860) 522-5175
Fax: (860) 522-2796

## ORDER

The foregoing motion having been duly presented to this Court, it is hereby ORDERED, that the same be and hereby is GRANTED/DENIED.

THE COURT,

_____
Judge/Clerk

4

JJV/26808/2/655412v1
11/20/03-HRT/

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 20th day of November, 2003, as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Ste. 409
New Haven, CT 06510

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277

Peter S. Olson, Esq.
Pullman & Comley
850 Main Street
PO Box 7006
Bridgeport, CT 06601-7006

Stephen R. Sarnoski, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman Street
Hartford, CT 06105

Jason J. Vicente

JJV/26808/2/655412v1
11/20/03-HRT/