FILED

Dec 1 2 25 PM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE LONGMOOR and LYNDSEY KEENE | : |
| VS. | : NO. 3:02CV1595(JBA) |
| KARL NILSEN, MICHAEL FOX, TOWN OF BARKHAMSTED, BARKHAMSTED INLAND WETLANDS COMMISSION, TROOPER DAVID LABOY, TROOPER HAZEN, TROOPER SWEENEY, LT. TOLOMEO, and P J's AUTO SERVICE, INC. | : : : : : : : : NOVEMBER 30, 2003 : : |

### BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT P J's AUTO SERVICE, INC.

The State Police defendants have moved for summary judgment as to the claims against them by the plaintiff Lorraine Longmoor for denial of her Fourteenth Amendment rights to equal protection of the laws and procedural due process. The defendant P J's Auto Service, Inc., without saying more, adopts *in toto* the motion and all documents filed in support of it.

By the same token, the plaintiffs adopt and reiterate here by reference, all of their papers filed in opposition to the Motion for Summary Judgment by the State Police defendants, with respect to P J's Auto Service, Inc.

The motion for summary judgment by the defendant P J's Auto Service, Inc., must be denied.

Respectfully submitted:

*[signature]*

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiffs' Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Stephen R. Sarnoski, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105; Attorneys Jason J. Vicente and Wendy K. Venoit, Pepe & Hazard LLP, Goodwin Square, Hartford, CT 06103-4302; Peter S. Olson, Esq., Pullman & Comley, P. O. Box 7006, Bridgeport, CT 06601-7006; and James N. Tallberg, Esq., Updike, Kelly and Spellacy, P.C., P. O. Box 231277, Hartford, CT 06123-1277.

*[signature]*

JOHN R. WILLIAMS