UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE LONGMOOR <br> and LYNDSEY KEENE | : <br> : <br> : | |
| VS. | : <br> : | NO. 3:02CV1595(JBA) |
| KARL NILSEN, <br> MICHAEL FOX, <br> TOWN OF BARKHAMSTED, <br> BARKHAMSTED INLAND <br> WETLANDS COMMISSION, <br> TROOPER DAVID LABOY, <br> TROOPER HAZEN, <br> TROOPER SWEENEY, <br> LT. TOLOMEO, <br> and P J's AUTO SERVICE, INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br> <br> <br> <br> <br> <br> <br> APRIL 8, 2004 |

**NOTICE OF COMPLIANCE WITH COURT ORDER**

Plaintiffs hereby certify that they have fully paid the sum of $6,765.00 which this court on March 31, 2004, ordered them to pay the firm of Pepe & Hazard LLP. A copy of said payment is attached hereto.

THE PLAINTIFFS

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Their Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Stephen R. Sarnoski, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105; Attorneys Jason J. Vicente and Wendy K. Venoit, Pepe & Hazard LLP, Goodwin Square, Hartford, CT 06103-4302; Peter S. Olson, Esq., Pullman & Comley, P. O. Box 7006, Bridgeport, CT 06601-7006; and James N. Tallberg, Esq., Updike, Kelly and Spellacy, P.C., P. O. Box 231277, Hartford, CT 06123-1277.

_____
JOHN R. WILLIAMS