UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LONGMOOR                            :

v.                                  :        NO. 3:02cv1595 (JBA)

NILSEN, ET AL                       :

FILED
May 6  9 21 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

### AMENDED SCHEDULING ORDER

1. The parties' Joint Trial Memorandum will be filed 7/12/04.

2. A pre-trial conference will be held 7/21/04 at 4:00 p.m., Chambers Room 118.

3. Jury selection will now be held 8/4/04 at 9:00 a.m., Courtroom Two.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   May 05, 2004