UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

JUL 9   1 15 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Lorraine LONGMOOR, and          :
     Lyndsey KEENE,          :
     plaintiffs,          :
               :
v.          :          No. 3:02cv1595 (JBA)
               :
Karl NILSEN, Michael FOX,          :
Town of BARKHAMSTED,          :
BARKHAMSTED Inland Wetlands          :
Commission, Trooper David          :
LABOY, Trooper HAZEN,          :
Trooper SWEENEY, and          :
LT. TOLOMEO, Defendants.          :

**Order on P-J's Motion to Join State Defendants' Motion for
Summary Judgment [Doc. #70]**

P-J's motion to join [Doc. #70] is DENIED as moot in light
of the Court's having granted P-J's motion for summary judgment.
See Ruling [Doc. #80].

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut, this _____ day of July, 2004.