UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE LONGMOORE<br>LYNDSEY KEENE | : | |
| v. | : | Civil No.  3:02cv1595 (JBA) |
| KARL NILSEN<br>DAVID LABOY, SWEENEY<br>TOLOMEO, MICHAEL FOX,<br>HAZEN, P-J's AUTO SVC., INC.<br>TOWN OF +BARKHAMSTED<br>BARKHAMSTED INLAND<br>WETLANDS COMMISSION | :<br><br>:<br><br><br>: | |

## JUDGMENT

This matter came on for consideration on remaining defendants  motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on August 6,  2004, the Court filed a Ruling  granting defendants Karl Nilsen, Michael Fox, Town of Barkhamsted and Barkhamsted Inland Wetlands Commission motion for summary judgment.  On March 31, 2004, the Court granted defendant P J's Auto Service, Inc. motion for summary judgment.  On July 26, 2004, the Court granted defendants Hazen, Laboy, Sweeney and Tolomeo motion for summary judgment.

It is therefore ORDERED and ADJUDGED that  summary judgment is entered for all defendants and the case is closed.

Dated at New Haven, Connecticut, this 9th day of August,  2004.

KEVIN F.  ROWE, CLERK

EOD_____

By__/s/_____
    Betty J. Torday
    Deputy Clerk